**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Tristano Korlou,**     Plaintiff,  v.  **Pentagroup Financial, LLC; and DOES 1-10, inclusive,**     Defendant. | **Civil Action No.: 3:10-cv-01252** |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>

Tristano Korlou ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: November 23, 2010**

**Respectfully submitted,**

**PLAINTIFF, Tristano Korlou**

<u>**/s/ Sergei Lemberg**</u>

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile:  (877) 795-3666**
**slemberg@lemberglaw.com**

## **CERTIFICATE OF SERVICE**

**I hereby certify that on November 23, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.**

                                              **By  /s/ Sergei Lemberg**

                                                **Sergei Lemberg**